# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## **SCHEDULE C**

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-8043

**Being** a 1.779 acre (77,472 square feet) parcel of land, more or less, being out an unknown tract of land located in the Maria Marcela Martinez Survey, Abstract No. 130, East ½ of Porción 83, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found U.S. Fish and Wildlife Service aluminum disk at an angle in the west line of a called 582.548 acre tract conveyed to the United States of America by Warranty Deed recorded in Volume 609, Page 258, Official Records of Starr County, Texas "Tract (620)", said point being in the west line of Porción 84 and the east line of Porción 83, said point having the coordinates of N=16646752.764, E=896418.846, said point bears S 79°44'12" E, a distance of 2693.72' from United States Army Corps of Engineers Control Point No. SS14-2019, and N 08°54'12" E, a distance of 169.33' from a found U.S. Fish and Wildlife Service aluminum disk at an angle in the west line of the 582.548 acre tract;

**Thence:** N 09°20'32" E, with the west line of the 582.548 acre tract, the west line of Porción 84 and the east line of Porción 83, for a distance of 100.00' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8011-1-1" for the **Point of Beginning** and southeast corner of Tract RGV-RGC-8043, said point being in the west line of the 582.548 acre tract, the west line of Porción 84 and the east line of Porción 83, said point having the coordinates of N=16646851.442, E=896435.080;

**Thence:** N 84°16'09" W, departing the west line of the 582.548 acre tract and the west line of Porción 84, for a distance of 383.29' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8016-5" for the southwest corner of Tract RGV-RGC-8043, said point being in the east line of a called 41.15 acre tract conveyed to Marcelo Montalvo by Warranty Deed recorded in Volume 357, Page 375, Deed Records of Starr County, Texas;

**SCHEDULE C(Cont)**

**Thence:** with the east line of the 41.15 acre tract, the following courses and distances:

- N 04°29'17" E, for a distance of 65.30' to an angle point in the west line of Tract RGV-RGC-8043;

- N 10°03'17" E, for a distance of 135.10' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8016-3" for the northwest corner of Tract RGV-RGC-8043, said point being in the east line of the 41.15 acre tract;

**Thence:** S 84°16'09" E, departing the east line of the 41.15 acre tract, for a distance of 387.15' to a found 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8011-1-2" for the northeast corner of Tract RGV-RGC-8043, said point being in the east line of Porción 83, the west line of Porción 84 and the west line of the 582.548 acre tract;

**Thence:** S 09°20'32" W, with the east line of Porción 83, the west line of Porción 84 and the west line of the 582.548 acre tract, for a distance of 200.40' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

MAP or PLAT



## SCHEDULE D(Cont)



## SCHEDULE D(Cont)



# SCHEDULE D(Cont)



# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-8043

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of lands identified in Volume D, Page 469, being a tract of land located in the Maria Marcela Martinez Survey, Abstract No. 130, East ½ of Porción 83, Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E(Cont)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY-THREE THOUSAND SEVEN HUNDRED SEVENTY-SEVEN DOLLARS AND NO/100 ($23,777.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Unknown heirs of Ramon Garza Perez** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Unknown heirs of Martina Perez** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Unknown heirs of Juliana Perez** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Unknown heirs of Jose M. Perez** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Unknown heirs of Maria de los Santos Perez (a/k/a Santos Perez Frias)** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Unknown heirs of Sabas Perez** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Marinella Frias (Party believed to be deceased)** San Antonio, Texas | Probate of the Estate of Adelaida Perez Rodriguez, Cause No. 1129, County Court of Starr County, Texas, January 1967 |
| **Ameida Salinas** 100 N. FM 3167, Ste 201, Rio Grande City, TX 78582 | Starr County Tax Assessor-Collector *Tax ID unknown* |